# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0600. IVAN GONZALEZ v. THE STATE.**

In 2016, in proceedings in Gwinnett County Superior Court, Ivan Gonzalez pleaded guilty to two drug offenses and two counts of making false statements and writings. He thereafter filed a motion for an out-of-time appeal, which the trial court denied on August 11, 2017. Gonzalez filed a notice of appeal to this Court on September 14, 2017. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Ordinarily, Gonzalez would have had until Monday, September 11, 2017, to file a timely notice of appeal. But Gwinnett County declared a judicial emergency on September 11, 2017, due to inclement weather. Thus, Gonzalez had until Tuesday, September 12 to file a timely notice of appeal, but Gonzalez did not file his notice until September 14. Because Gonzalez's notice of appeal is untimely, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/01/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*